
**Outlook**

### RE: Daniel Lujan & Julian Montoya; Lawsuits

From  Anne Orcutt <AOrcutt@strucklove.com>
Date  Wed 5/21/2025 4:45 PM
To    Jason Wallace <jason@hwm.law>
Cc    JoAnne Trujillo <joanne@hwm.law>; Shayne Huffman <shayne@hwm.law>; Daniel Lujan Team <DanielLujanTeam@strucklove.com>; Julian Montoya Team <JulianMontoyaTeam@strucklove.com>

📎 2 attachments (9 MB)
_USMS IGSA 51-96-0009 Contract.pdf; Cibola County, NM Management Agreement.pdf;

Jason,

Thanks for agreeing to one deadline for all Defendants.

In reviewing the two Complaints, we noticed that you are not relying on the controlling contracts/agreements. You attached a 2011 IGSA, but the controlling IGSA was signed in 2017 and recognizes from the outset that the County is a "passthrough entity," with CoreCivic doing all the work (attached; see pp. 25-26 of the PDF). Additionally, you attached the Inmate Housing Agreement between CoreCivic and the County, but that pertains to County inmates only. ==The attached Management Agreement is what controls the relationship with respect to federal detainees like Lujan and Montoya.==

We don't think the non-delegable duty you reference applies here because Lujan, Montoya, and the two assailants were all USMS detainees, not County inmates. In addition, the right to inspect the facility that you reference is in the IHA because it pertains to the County's inmates, but no such provision is found in the IGSA or the Management Agreement with respect to federal detainees.

Accordingly, we ask that you (1) amend the Complaints to cite to the controlling contracts/agreements, and (2) agree to dismiss the County, as it is merely a "passthrough entity" with respect to the detention of federal detainees such as Lujan and Montoya. Relatedly, if you agree to amend the Complaints, we ask that you consolidate them into one action, as the allegations are virtually identical for both Lujan and Montoya and arise out of the same operative set of facts. If you do not, we plan to move to consolidate the two cases pursuant to Rule 1-042, as maintaining two separate actions arising out of the same facts creates unnecessary costs and delay and violates Rule 1-001(A)'s mandate that a court should effect a "just, speedy, and inexpensive determination" of an action.

Please let us know if you have any questions or would like to discuss any of the above.

Thanks,
Anne

Anne M. Orcutt
Partner

**STRUCK LOVE ACEDO, PLC**                                    EXHIBIT 4
3100 West Ray Road | Suite 300 | Chandler AZ 85226