# EXHIBIT 1

**U. S. Department of Justice**
**United States Marshals Service**

**Modification of Intergovernmental Agreement**

| 1. Agreement No. | 2. Effective Date | 3. Facility Code(s) | 4. Modification No. | 5. DUNS No. |
|---|---|---|---|---|
| 51-96-0009 | 10/1/2019 | 6C6 | 5 | 54442348 |

| 6. Issuing Federal Agency | 7. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Intergovernmental Agreements Branch<br>CG-3, Suite 300<br>Washington, DC 20530-0001 | Cibola County Corrections Center<br>2000 Cibola Loop<br>Milan, MN 87021<br><br>Tax ID#: 85-029109 |

| 8. Appropriation Data | 9. Per-Diem Rate | 10. Guard/Transportation Hourly Rate |
|---|---|---|
| 15X1020 | $ Redacted | $ Redacted for Court, Medical and Jail to Jail |

**11.  EXCEPT AS PROVIDED SPECIFICALLY HEREIN, ALL TERMS AND CONDITIONS OF THE IGA DOCUMENT REFERRED TO IN BLOCK 1, REMAIN UNCHANGED. TERMS OF THIS MODIFICATION:**

The purpose of this modification is to adjust the current per diem rate of $ Redacted to $ Redacted and guard/transportation rate of $ Redacted to $ Redacted to reflect the incorporated annual Wage Determination 2015-5451 (Rev 9) dated July 16, 2019 as well as the facility operating cost. **Please see attached Wage Determination 2015-5451 (Rev. 9) dated July 16, 2019.**

Also the purpose of this modification is to update:

1) **Purpose of Agreement and Security Provided:** Replace Core Detention Standards with Federal Performance Based Detention Standards.

The Local Government shall accept and provide for the secure custody, safekeeping, housing, subsistence and care of Federal detainees in accordance with all state and local laws, standards, regulations, policies and court orders applicable to the operation of the Facility. Detainees shall also be housed in a manner that is consistent with Federal law and the **Federal Performance Based Detention Standards** and/or any other standards required by an authorized agency whose detainees are housed by the Local Government pursuant to this Agreement.

2) **Inspection of Services:** Replace Core Detention Standards with Federal Performance Based Detention Standards

Inspection standards for detainees may differ among authorized agency users. The Local Government agrees to allow periodic inspections by Federal Government inspectors, to include approved Federal contractors, in accordance with the **Federal Performance Based Detention Standards** required by any or all of the Federal authorized agency users whose detainees may be housed pursuant to this Agreement  Findings of the inspections will be shared with the Facility administrator in order to promote improvements to Facility operations, conditions of confinement, and levels of services.

**12. INSTRUCTIONS TO LOCAL GOVERNMENT FOR EXECUTION OF THIS MODIFICTION:**

A. ☐ LOCAL GOVERNMENT IS NOT REQUIRED TO SIGN THIS DOCUMENT

B. ☒ LOCAL GOVERNMENT IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ALL COPIES TO U. S. MARSHAL

**13. APPROVALS**

| A. LOCAL GOVERNMENT | B. FEDERAL GOVERNMENT |
|---|---|
| Redacted<br>*Signature*<br>County Manager    9/16/19<br>TITLE          DATE | Redacted<br>*Signature*<br>Grants Specialist    9/27/2019<br>TITLE          DATE |

U. S. Department of Justice
United States Marshals Service

Modification of Intergovernmental Agreement

Agreement Number:

Page 2 of 22

**2) Medical Services:** Replace Core Detention Standards with Federal Performance Based Detention Standards

Medical care for Federal detainees shall be provided by the Local Government in accordance with the provisions of USMS, Publication 100-Prisoner Health Care Standards (www.usmarshals.gov/prisoner/standards.htm) and in compliance with the Core Detention Standards or those standards which may be required by any other authorized agency user. The Local Government is responsible for all associated medical record keeping.

Please send all payment invoices for United States Marshals Service detainees only.

United States Marshals Service<br>
District of New Mexico<br>
Pete V. Domenici U.S. Courthouse<br>
333 Lomas Blvd. NW, Suite 180<br>
Albuquerque, NM 87102<br>
505-346-6400

Please send all payment invoices for Federal Bureau of Prisoners only.

Federal Bureau of Prisons<br>
RRM San Antonio<br>
727 East Cesar E. Chavez, Blvd. Suite 8-138<br>
San Antonio, TX 78206<br>
210-472-6224

ALL OTHER CONDITIONS AND TERMS ARE TO REMAIN THE SAME IN ACCORDANCE WITH THE TERMS OF THE CURRENT INTERGOVERNMENTAL AGREEMENT.