# EXHIBIT 1

| | |
|---|---|
| **From:** | Jason Wallace |
| **To:** | Anne Orcutt |
| **Cc:** | JoAnne Trujillo; Shayne Huffman; Daniel Lujan Team; Julian Montoya Team |
| **Subject:** | Re: Daniel Lujan & Julian Montoya; Lawsuits |
| **Date:** | Friday, July 11, 2025 10:05:56 AM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image003.png |
| | Outlook-jOZSW444Np.png |
| | 25.07.11 Draft JSR - Defs" First Edits (5254417.1) Pl"s Second Edits.doc |

Thanks Anne—likewise.

I've attached another draft. I've accepted all changes and included in the exceptions portion on the last page Plaintiff's original draft of the Nature of the Case. Re consolidation, I'd prefer to wait until the motions to remand are filed, though I acknowledge I have no control over whether you file opposed motions and when you decide to do so. I gave it more thought, and if we receive two different results, that simply indicates that my theory has some traction. If my clients each lose on their motion to remand, they will likely stipulate to consolidation.

Respectfully,



**Jason T. Wallace**

Huffman Wallace & Monagle, LLC
505-255-6300
122 Wellesley Dr SE
Albuquerque, NM 87106
hwm.law

*This correspondence and any attachments hereto may contain privileged information, which is intended only for the attention and use of the named recipient(s). If you are not an intended recipient, you are not authorized to retain, disclose, copy, or distribute this correspondence and/or attachments, and I respectfully request that you delete this correspondence and notify me of the error immediately. Thank you.*