

## United States District Court
### District of New Mexico
#### Office of the Clerk
#### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

Mitchell R. Elfers
Clerk of Court

March 30, 2026

Clerk of the District Court
Thirteenth Judicial District Court,
Cibola County Courthouse
P● Box 758
Grants, NM 87020

RE:    **Lujan vs. Board of County Commissioners for Cibola County et al**
       **1:25-cv-527 SMD-JFR**

Dear Sir or Madam:

Please find enclosed a certified copy of the Order on Motion to Remand signed by District Judge, Sarah M. Davenport along with a CD of the entire case file, remanding this case to your Court.

Yours truly,
Mitchell R. Elfers, Clerk of Court

By:
Deputy Clerk

Enclosures
cc: Counsel of Record/File